**United States District Court**
For the Northern District of California

1
2
3
4
5                              UNITED STATES DISTRICT COURT
6                            NORTHERN DISTRICT OF CALIFORNIA
7
8    CIXTO CRUIZ MURILLO,                        No. C-12-0729 EMC (pr)
9                Petitioner,
10        v.                                     **ORDER OF TRANSFER**
11   JUDGE RONALD COULARD, *et al.*,
12               Respondents.
13   _____/
14            Petitioner has filed a petition for writ of habeas corpus to challenge his conviction from the
15   Tulare County Superior Court. Tulare County lies within the venue of the Eastern District of
16   California. Petitioner is confined at the Kern Valley State Prison in Kern County, also within the
17   venue of the Eastern District of California. Venue is proper in a habeas action in either the district
18   of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a
19   conviction or the sentence imposed is preferably heard in the district of conviction. *See* N.D. Cal.
20   Habeas L.R. 2254-3(b). Here, the proper venue is the Eastern District of California because
21   petitioner was convicted and is confined in that district. Pursuant to 28 U.S.C. § 1406(a) and Habeas
22   L.R. 2254-3(b), and in the interests of justice, this action is **TRANSFERRED** to the United States
23   District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.
24            Petitioner's request for a certificate of appealability is **DENIED** as premature. (Docket # 3.)
25            IT IS SO ORDERED.
26   Dated: April 4, 2012
27                                               _____
                                                 EDWARD M. CHEN
28                                               United States District Judge